TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00272-CR

Ex Parte: Dominic Skaggs Martin, Appellant

FROM THE DISTRICT COURT OF BLANCO COUNTY, 33RD JUDICIAL DISTRICT

NO. 534-1, HONORABLE CHARLES J. HEARN, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order denying relief on writ of habeas corpus. Counsel for
appellant filed a motion to dismiss the appeal because of the death of appellant. The Clerk docketed the
motion as one to permanently abate the appeal. Tex. R. App. P. 9(b). The motion is supported by a copy
of the death certificate.

 The motion is granted. The appeal is permanently abated.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Appeal Permanently Abated

Filed: November 13, 1996

Do Not Publish